# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3506

_____

| | | |
|---|---|---|
| Richard Mizell, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Northern |
| v. | * | District of Iowa. |
| | * | |
| Iowa Beef Processors, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: July 10, 2000

Filed: July 21, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Richard Mizell sued Iowa Beef Processors, Inc. (IBP), claiming he was fired because he is black in violation of Title VII. Because Mizell failed to show IBP's reasons for firing Mizell were pretextual, the district court granted summary judgment to IBP and Mizell appeals. Having carefully reviewed the record and the parties' submissions, we conclude summary judgment was properly granted and we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.